| | |
|---|---|
| 1 | George Haines, Esq. |
| 2 | Nevada Bar No.: 9411 |
|   | Gerardo Avalos, Esq. |
| 3 | Nevada Bar No.: 15171 |
| 4 | **FREEDOM LAW FIRM** |
|   | 8985 S. Eastern Ave., Suite 100 |
| 5 | Las Vegas, Nevada 89123 |
| 6 | (702) 880-5554 |
|   | (702) 385-5518 (fax) |
| 7 | Ghaines@freedomlegalteam.com |
| 8 | *Attorneys for Plaintiff(s)* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jason Court, | Case No.: 2:22-cv-01565-JCM-EJY |
| Plaintiff, | **Stipulation for dismissal of Convergent Outsourcing, Inc. with prejudice.** |
| v. | |
| Convergent Outsourcing, Inc., | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jason Court and Convergent Outsourcing, Inc. stipulate to dismiss Plaintiff's claims against Convergent Outsourcing, Inc. with prejudice.

///
///
///
///
///
///
///

_____

STIPULATION                                      - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: 5 May 2023.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff(s)*

**LINCOLN, GUSTAFSON & CERCOS, LLP**
/s/ Shannon G. Splaine, Esq.
Shannon G. Splaine, Esq.
Lincoln, Gustafson & Cercos, LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
*Counsel for Convergent Outsourcing, Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:\_\_May 15, 2023_____